# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Ortiz-Lozano**<br>YOB: 1978; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00579MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 29, 2021, at or near Sasabe, in the District of Arizona, **Jose Ortiz-Lozano**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on September 27, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Ortiz-Lozano** is a citizen of Mexico. On September 27, 2021, **Jose Ortiz-Lozano** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On November 29, 2021, agents found **Jose Ortiz-Lozano** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Jose Ortiz-Lozano** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 30, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54